**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 5:19-CR-50115-001

AUSTIN WENGER                                                         DEFENDANT

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 39) filed in this case on February 17, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the Motion to be Transferred to Federal Custody (Doc. 35) is **DENIED**.

**IT IS SO ORDERED** on this 17th day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE